IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-mc-00042-LTB

RONALD ROY HOODENPYLE,

    Plaintiff,

v.

WILLIAM FRANKEL, Treasury/TIGTA,
DAVID M. GAOUETTE, U.S. Attorney,
MATTHEW T. KIRSCH, Asst. U.S. Attorney, and
MARCIA S. KRIEGER, U.S. D. Court Judge,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 28, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 28 day of February, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ S. Grimm
                        Deputy Clerk